**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

2008 OCT 22 PM 2:07

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. CR407-239 |
| CHRISTINA STONE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## O R D E R

Before the Court is a letter from Counsel for Defendant Kristi Shaw. (Doc. 204.) In the letter, Counsel noted that, unlike many of her co-defendants, the Court did not recommend that Defendant Shaw receive credit toward her sentence for the period of time she spent in custody after arrest and prior to sentencing. Counsel requests that the Court amend Defendant Shaw's Judgment to include that recommendation. The Court construes the letter as a Motion to Correct Sentence under Federal Rule of Criminal Procedure 35(a) or 36. After careful consideration, the Court finds no error in the Court's sentence. Accordingly, Defendant Shaw's Motion is **DENIED**.

SO ORDERED this 22ᴺᴰ day of October, 2008.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA